UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST IMPRESSIONS SALON, INC., *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, *et al.*,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:13-cv-00454-NJR-SCW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **AMENDED SCHEDULING ORDER**

| | |
|---|---|
| Last day to serve written discovery | Monday, September 24, 2018 |
| Close of fact discovery | Friday, November 30, 2018 |
| Last day for Plaintiffs' expert reports | Friday, January 4, 2019 |
| Deposition of Plaintiffs' expert(s) | Friday, January 25, 2019 |
| Last day for Defendants' expert reports | Friday, March 1, 2019 |
| Deposition of Defendants' expert(s) | Friday, March 22, 2019 |
| Last day for Plaintiffs' rebuttal expert report | Friday, May 3, 2019 |
| Deposition of Plaintiffs' rebuttal expert(s) | Friday, May 17, 2019 |
| Parties file Daubert and/or dispositive motions (Page length – TBD) | Friday, May 31, 2019 |
| Oppositions to Daubert and/or dispositive motions (Page length – TBD) | Court rules apply to response times as motions are filed |
| Motions in limine filed | 21 days prior to final pre-trial conference Wednesday, August 28, 2019 |

| | |
|---|---|
| Oppositions to motions in limine | 14 days after motions in limine filed |
| Joint Proposed Final Pretrial Order | Set by Court |
| Pre-trial Conference | Set by Court<br>Wednesday, September 18, 2019 |
| Trial | Set by Court<br>October 2019 |

Entered September 19, 2018.

                                                                 */s/Stephen C. Williams*
                                                                  Stephen C. Williams
                                                                  U.S. Magistrate Judge