# CoBank, ACB Fixed Income > S&P Global Ratings

**S&P Global Ratings** R&I JCR

## S&P Global Ratings Credit Ratings

| Debt Type (Rating Type) | Rating | Regulatory Identifier | Rating Date | Last Review Date | Action | CreditWatch/Outlook | CreditWatch/Outlook Date |
|---|---|---|---|---|---|---|---|
| Issuer Credit Rating (Local Currency LT) | AA- | EE | Jun-04-2007 | Sep-25-2019 | New Rating \| CreditWatch/Outlook | Stable | Jun-04-2007 |
| Issuer Credit Rating (Foreign Currency LT) | AA- | EE | Dec-27-2010 | Sep-25-2019 | New Rating \| CreditWatch/Outlook | Stable | Dec-27-2010 |

'Last Review Date' indicates the date on which an Issue/Issuer Credit Rating was last formally reviewed within a twelve-month period or when a Credit Rating Action was last published. For certain dependent instruments, the 'Last Review Date' will only be updated in the event of a Credit Rating change of the linked organization.

## Preferred Stock

| Maturity Date | Description | Rating Type | Rating Date | Rating | CreditWatch/Outlook | CreditWatch/Outlook Date |
|---|---|---|---|---|---|---|
| | US$300 mil var/fixed rate non-cum pfd stk ser H | Local Currency LT | Nov-20-2014 | BBB+ | - | - |
| | US$375 mil var/fixed rate non-cum perpetual ser I | Local Currency LT | Apr-05-2016 | BBB+ | - | - |
| | US$200 mil 6.125% non-cum ser G | Local Currency LT | Sep-29-2014 | BBB+ | - | - |
| | US$225 mil perpetual non-cum fixed to fltg pfd stk ser E | Local Currency LT | Sep-29-2014 | BBB+ | - | - |
| | US$400 mil var/fixed rate non-cum perpetual pfd stk ser F | Local Currency LT | Sep-29-2014 | BBB+ | - | - |

Viewing 1-5 of 5 Securities

S&P Credit Ratings and Research provided by 

[View Disclaimer](#)