# FitchRatings

# Rating Coverage List
as of 26 Nov 2019

| ENTITY | RATING | | | SECTOR | COUNTRY | ANALYSTS |
|---|---|---|---|---|---|---|
| CoBank, ACB | AA- ● | 03 Apr 2019 | Long Term Issuer Default Rating | Corporate | United States | Rumohr, Bain |
| | F1+ | 03 Apr 2019 | Short Term Issuer Default Rating | | | Shepherd, Michael |
| | 1 | 03 Apr 2019 | Support Rating | | | |
| | AA- | 03 Apr 2019 | Support Rating Floor | | | |

| RATING DATE | CUSIP | ISIN | LTR | STR | ISSUER NAME | ISSUE NAME | ISSUE DETAILS | MARKET SECTOR | MATURITY DATE |
|---|---|---|---|---|---|---|---|---|---|
| 03 Apr 2019 | 19075Q805 | US19075Q8050 | BBB | | CoBank, ACB | non-cumulative perpetual ser F | preferred stock/security - | Government Sponsored Enterprises (GSEs) | |
| 03 Apr 2019 | 19075QAC6 | US19075QAC69 | BBB | | CoBank, ACB | non-cumulative perpetual series I ser I | preferred stock/security - | Government Sponsored Enterprises (GSEs) | |
| 03 Apr 2019 | 19075Q870 | US19075Q8704 | BBB | | CoBank, ACB | non-cumulative perpetual ser G | preferred stock/security - | Government Sponsored Enterprises (GSEs) | |
| 03 Apr 2019 | 19075Q862 | | BBB | | CoBank, ACB | non-cumulative perpetual preferred ser H | preferred stock/security - | Government Sponsored Enterprises (GSEs) | |
| 13 Nov 2019 | 74053VAA0 | | WD | WD | Premier Mushrooms, Inc. (CA) | taxable notes ser 2012 (LOC: CoBank, ACB) | - | Municipal Structured Finance | 01 Dec 2037 |
| 01 Sep 2019 | 892850AC2 | | NR | NR | Traill County (ND) | (American Crystal Sugar Company) industrial devel rev rfdg bonds ser 2009 (LOC: CoBank, ACB) | - | Municipal Structured Finance | 01 Sep 2019 |
| 28 Aug 2019 | 272456AG9 | | AA- ○ | F1+ | East Grand Forks (MN) | (American Crystal Sugar Company Project) solid waste disposal rev bonds ser 2019 (LOC: CoBank, ACB) | - | Municipal Structured Finance | 01 Aug 2034 |
| 09 Apr 2019 | 130536JF3 | | AA- ○ | F1+ | California Pollution Control Financing Authority (CA) | (Bos Farms) var-rate demand solid waste disposal rev bonds ser 2001 (LOC: CoBank, ACB) | - | Municipal Structured Finance | 01 Sep 2021 |
| 09 Apr 2019 | 130536LD5 | | AA- ○ | F1+ | California Pollution Control Financing Authority (CA) | (Vanderham Family Trust-Koetsier Son Dairy) var-rate demand solid waste disposal rev bonds ser 2003 (LOC: CoBank, ACB) | - | Municipal Structured Finance | 01 Apr 2028 |
| 09 Apr 2019 | 56682FAE3 | | AA- ○ | F1+ | Maricopa County Industrial Development Authority (AZ) | (Michael Pylman Dairy, L.L.C. Project) var-rate demand solid waste disposal rev bonds ser 2005 (LOC: CoBank, ACB) | - | Municipal Structured Finance | 01 Jan 2025 |
| 09 Apr 2019 | 56682FAK9 | | AA- ○ | F1+ | Maricopa County Industrial Development Authority (AZ) | (Robert and Andrea Van Hofwegan Family, LLC Project) var-rate demand solid waste disposal rev bonds ser 2006 (LOC: CoBank, ACB) | - | Municipal Structured Finance | 01 Aug 2026 |
| 09 Apr 2019 | 46246SAA3 | | AA- ○ | F1+ | Iowa Finance Authority (IA) | (Farmers Cooperative Company) var rate demand midwestern disaster area rev bonds ser 2010 (LOC: CoBank, ACB) | - | Municipal Structured Finance | 01 Nov 2030 |
| 09 Apr 2019 | 130536LX1 | | AA- ○ | F1+ | California Pollution Control Financing Authority (CA) | (Ag Resources III, LLC Project) var-rate demand solid waste disposal rev bonds ser 2004 (LOC: CoBank, ACB) | - | Municipal Structured Finance | 01 May 2034 |