

# Press Release

## *Global Finance* Names The World's 50 Safest Banks 2019



NEW YORK, September 17, 2019 — *Global Finance* has announced its 28th annual ranking of the World's 50 Safest Banks. The full list is included here and will be published in the November issue.

European banks dominate the top of the World's Safest Banks again in 2019, taking the first ten positions and 17 of the top 25. Germany's KfW is in the top spot for the ninth year in a row.

Asian banks put in a strong showing in the top 20 once again, led by Singapore's DBS Bank at #14 and followed by OCBC (#15), United Overseas Bank (#17), Korea Development Bank (#18) and Export-Import Bank of Korea (#19).

"We designed the Global Finance Safest Banks rankings as a tool to compare the stability and security of banks all across the world. This year, changing trade policies are having a dramatic impact on economies everywhere, as is continuing political turmoil. We take pride in offering this metric to aid readers in choosing financial institutions, especially when they seek to enter new markets," says *Global Finance* publisher and editorial director Joseph D. Giarraputo.

*Global Finance's* annual ranking of the World's 50 Safest Banks has been the recognized and trusted standard of financial counterparty safety for a quarter-century. Winners were selected through an evaluation of long-term foreign currency ratings—from Moody's, Standard & Poor's and Fitch—of the 500 largest banks worldwide.

In addition to the World's 50 Safest Banks, the full report also includes the following: World's 50 Safest Commercial Banks, Safest Banks by Country, 50 Safest Banks in Emerging Markets, Safest Islamic Financial Institutions in the GCC, and Safest Banks by Region (Africa, Asia, Australasia, Central & Eastern Europe, Latin America, the Middle East, North America and Western Europe).

The full results of this exclusive survey will be published in the November issue of *Global Finance*. The top ten safest banks will be presented awards at a special ceremony to be held during the Annual Meetings of the IMF and World Bank in Washington DC at the National Press Club on October 19.

page 1 of 3

For editorial information please contact: Andrea Fiano, editor, email: afiano@gfmag.com

Ratings current as of: August 30, 2019 / Press Release Date: September 17, 2019
*Updated Oct 4 to correct a rating error for Banque et Caisse d'Epargne de L'Etat.*

**About Global Finance**

*Global Finance*, founded in 1987, has a circulation of 50,000 and readers in 188 countries. *Global Finance's* audience includes senior corporate and financial officers responsible for making investment and strategic decisions at multinational companies and financial institutions. Its website — GFMag.com — offers analysis and articles that are the legacy of 32 years of experience in international financial markets. *Global Finance* is headquartered in New York, with offices around the world. *Global Finance* regularly selects the top performers among banks and other providers of financial services. These awards have become a trusted standard of excellence for the global financial community.

---

To obtain rights to use the *Global Finance* Safest Bank Award 2019 logo or any other *Global Finance* logos, please contact Chris Giarraputo at: chris@gfmag.com

The unauthorized use of *Global Finance* logos is strictly prohibited.



# Press Release

## Global Finance Names The World's 50 Safest Banks 2019

| RANK | BANK NAME | COUNTRY |
| --- | --- | --- |
| 1 | KfW* | GERMANY |
| 2 | Zuercher Kantonalbank* | SWITZERLAND |
| 3 | BNG Bank* | NETHERLANDS |
| 4 | Landwirtschaftliche Rentenbank* | GERMANY |
| 5 | L-Bank* | GERMANY |
| 6 | Nederlandse Waterschapsbank* | NETHERLANDS |
| 7 | Kommunalbanken* | NORWAY |
| 8 | NRW.BANK* | GERMANY |
| 9 | Swedish Export Credit Corp.* | SWEDEN |
| 10 | Caisse Des Depots et Consignations* | FRANCE |
| 11 | Banque et Caisse d'Epargne de L'Etat | LUXEMBOURG |
| 12 | Royal Bank of Canada | CANADA |
| 13 | TD Bank | CANADA |
| 14 | DZ BANK | GERMANY |
| 15 | DBS Bank | SINGAPORE |
| 16 | Oversea-Chinese Banking Corporation | SINGAPORE |
| 17 | Svenska Handelsbanken | SWEDEN |
| 18 | United Overseas Bank | SINGAPORE |
| 19 | Korea Development Bank | SOUTH KOREA |
| 20 | The Export-Import Bank of Korea | SOUTH KOREA |
| 21 | Deutsche Apotheker- und Aerztebank | GERMANY |
| 22 | Banque Cantonale Vaudoise | SWITZERLAND |
| 23 | Industrial Bank of Korea | SOUTH KOREA |
| 24 | Swedbank | SWEDEN |
| 25 | DNB Bank | NORWAY |

**AWARDS CEREMONY**

*The World's Top Ten Safest Banks will be invited to *Global Finance's* Best Bank Awards ceremony at the National Press Club in Washington DC on October 19 during the IMF/World Bank Annual Meetings. For more information on the awards and/or ceremony please contact: Michael Ambrosio, email: mambrosio@gfmag.com.



# Press Release

## *Global Finance* Names The World's 50 Safest Banks 2019

| RANK | BANK NAME | COUNTRY |
| --- | --- | --- |
| 26 | SFIL | FRANCE |
| 27 | Banque Pictet & Cie | SWITZERLAND |
| 28 | The Bank of Nova Scotia | CANADA |
| 29 | ANZ Group | AUSTRALIA |
| 30 | Commonwealth Bank of Australia | AUSTRALIA |
| 31 | Nordea Bank | FINLAND |
| 32 | Westpac | AUSTRALIA |
| 33 | Bank of Montreal | CANADA |
| 34 | National Australia Bank | AUSTRALIA |
| 35 | Canadian Imperial Bank of Commerce | CANADA |
| 36 | SEB | SWEDEN |
| 37 | HSBC France | FRANCE |
| 38 | First Abu Dhabi Bank | UNITED ARAB EMIRATES |
| 39 | Hang Seng Bank | HONG KONG |
| 40 | Federation des caisses Desjardins | CANADA |
| 41 | AgriBank | UNITED STATES |
| 42 | Sparkassen-Finanzgruppe (Sparkassen) | GERMANY |
| 43 | UBS | SWITZERLAND |
| 44 | Rabobank | NETHERLANDS |
| 45 | CoBank | UNITED STATES |
| 46 | National Bank of Kuwait | KUWAIT |
| 47 | OP Corporate Bank | FINLAND |
| 48 | AgFirst | UNITED STATES |
| 49 | Farm Credit Bank of Texas | UNITED STATES |
| 50 | BNP Paribas | FRANCE |

For editorial information please contact: Andrea Fiano, editor, email: afiano@gfmag.com
###